Approved: _____
THOMAS BURNETT
Assistant United States Attorney

Before:  HONORABLE ROBERT W. LEHRBURGER
         United States Magistrate Judge
         Southern District of New York

**22 MAG 2474**

- - - - - - - - - - - - - - - - - X
                                  :   **SEALED COMPLAINT**
UNITED STATES OF AMERICA          :
                                  :   Violations of
        - v. -                    :   21 U.S.C. § 846 and
                                  :   18 U.S.C. § 924(c)
JULIAN DEJESUS,                   :
                                  :   COUNTY OF OFFENSE:
                                  :   NEW YORK
                    Defendant.    :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

JAMES ROMANO, being duly sworn, deposes and says that he is a Detective with the New York City Police Department (the "NYPD") and charges as follows:

**COUNT ONE**
**(Narcotics Conspiracy)**

1. From at least in or about May 2021, up to and including in or about March 2022, in the Southern District of New York and elsewhere, JULIAN DEJESUS, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree, together and with each other, to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JULIAN DEJESUS, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JULIAN DEJESUS, the defendant, conspired to distribute and possess with intent to distribute were: (i) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of

Title 21, United States Code, Section 841(b)(1)(B); and (ii) mixtures and substances containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(b)(1)(C).

    4. The use of such controlled substances, which had been distributed by JULIAN DEJESUS, on or about May 10, 2021, resulted in the death of Ginger Zurita.

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Firearm Use, Carrying, and Possession)

    5. On or about February 23, 2022, in the Southern District of New York and elsewhere, JULIAN DEJESUS, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Complaint, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

    The bases for my knowledge and for the foregoing charges are, in part, as follows:

    6. I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal observations, my conversations with law enforcement agents and other individuals, as well as my examination of physical evidence, documents, reports, records, and videos. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where figures, calculations, and dates are set forth herein, they are approximate, unless stated otherwise.

## Overview

7. Since in or about May 2021, the NYPD has been investigating the overdose death of Ginger Zurita in a hotel in lower Manhattan (the "Hotel"). As explained further below, on or about May 10, 2021, JULIAN DEJESUS, the defendant, supplied Zurita with fentanyl and oxycodone. Zurita died as a result of using that fentanyl. Despite knowing that Zurita died after using drugs that he supplied, DEJESUS has continued to sell oxycodone pills and fentanyl pills pressed to look like oxycodone pills, including to an undercover NYPD officer ("UC-1"). In connection with his drug dealing, he also sold UC-1 a firearm.

## The Overdose Death

8. Based on my participation in this investigation, including my personal observations; my review of documents, records, photographs, and videos; my review of data from Ginger Zurita's cellphone; my examination of physical evidence; my participation in physical surveillance; and my discussions with other law enforcement officers and other individuals, I have learned, in substance and in part, the following:

   a. On or about May 9, 2021, Zurita was at an apartment building on Harrington Street in Manhattan ("Apartment-1").

   b. At approximately, 8:51 a.m., Zurita received text messages from a particular phone number ("Phone Number-1") listed in her contacts as "Julian." As explained further below, law enforcement officers later identified the user of Phone Number-1 as JULIAN DEJESUS, the defendant.

   c. The text messages from DEJESUS to Zurita said "I jus did another w my boy and he said the shit gokd [sic]. Money" and "I. wish I woulda did it with you" [sic]. Zurita responded, in substance and in part, "Aww me too."

   d. DEJESUS and Zurita continued to exchange messages and phone calls throughout the afternoon of May 9, 2021.

   e. At approximately 5:47 p.m., DEJESUS sent the following message to Zurita: "Hey luv I'm heading to my connect in a bit to re up. If u can send cashapp by 7 pm thatll be clutch" [sic]. Based on my training and experience investigating narcotics trafficking, I know that "connect" and "re up" words that drug dealers us to refer to getting more drugs (*i.e.*, "re up") from their supplier (*i.e.*, "connect").

3

f. On or about May 10, 2021, at approximately 1:38 a.m., Zurita replied, in substance and in part, "I did t even get a chance" [sic], described a personal problem she was having, and asked DEJESUS to come to Apartment-1.

g. DEJESUS met Zurita at Apartment-1 at approximately 2:20 a.m.

h. At approximately 3:30 a.m., DEJESUS and Zurita checked into the Hotel. Records from the Hotel show that DEJESUS supplied his name and Phone Number-1 at check in, and surveillance video from the Hotel show DEJESUS and Zurita going into a hotel room together (the "Hotel Room").

i. At approximately 1:00 p.m., an employee from the Hotel placed a 911 call, requesting assistance for a person in the Hotel Room. Emergency medical technicians responded to the Hotel Room, where they found Zurita non-responsive. She was pronounced dead at approximately 1:23 p.m. Following an examination, the Office of Chief Medical Examiner – Manhattan determined the cause of Zurita's death was acute fentanyl intoxication.

j. Law enforcement officers found inside the hotel room, among other things, a pill bottle containing what appeared to be oxycodone tablets and a cut straw with solid residue on it. A laboratory test of the residue on the straw tested positive for oxycodone and fentanyl. Based on my training and experience, I know individuals who use oxycodone sometimes ingest the drug by crushing it and snorting it through a cut straw.

k. NYPD officers interviewed DEJESUS, who stated in substance and in part, the following:

i. DEJESUS picked up Zurita in the early morning of May 10.

ii. DEJESUS and Zurita went to the Hotel Room together and drank alcohol. DEJESUS did not see Zurita using any drugs.

iii. DEJESUS fell asleep, woke up at approximately 11:15 a.m., and left the Hotel Room to see a relative. When he left the Hotel Room, Zurita appeared to be asleep.

iv. DEJESUS returned to the Hotel Room approximately one hour later and found Zurita lying in a strange

4

position, apparently having trouble breathing and vomiting, so he went to the lobby of the Hotel to get help.

### **DEJESUS's Drug and Firearm Sales**

9. As explained further below, following Zurita's death, JULIAN DEJESUS, the defendant, made multiple sales of narcotics to UC-1, including fentanyl pressed to look like oxycodone pills. DEJESUS also sold UC-1 a firearm.

10. Based on my participation in this investigation, including my personal observations; my review of documents, records, photographs, and videos; my examination of physical evidence; my participation in physical surveillance; and my discussions with other law enforcement officers and other individuals, I have learned, in substance and in part, the following:

   a. On or about July 12, 2021, UC-1 contacted JULIAN DEJESUS, the defendant, over Phone Number-1 and arranged to purchase approximately 20 Xanax pills. UC-1 met DEJESUS later that day, in the vicinity of East 139th Street and 5th Avenue in Manhattan. DEJESUS gave UC-1 a black plastic bag containing approximately 20 pills, in exchange for $200. In a laboratory test of one of the pills, the pill tested positive for alprazolam, which is the active ingredient in Xanax.

   b. During the July 12, 2021, UC-1 and DEJESUS talked about, among other things, "pressed" oxycodone pills. DEJESUS said, in substance and in part, that he knew a man who recently overdosed from using oxycodone pills in the TriBeca area of Manhattan. Based on my training and experience investigating narcotics trafficking, I know that "pressed" oxycodone pills typically consist of fentanyl and other substances pressed to look like oxycodone pills.

   c. On or about July 27, 2021, UC-1 arranged with DEJESUS over Phone Number-1 to purchase $300 worth of Xanax pills. UC-1 met DEJESUS later that day in the vicinity of West 38th Street and 6th Avenue in Manhattan. DEJESUS gave UC-1 a bag containing approximately 27 pills. DEJESUS and UC-1 discussed, in substance and in part, DEJESUS attempting to get oxycodone pills. A laboratory analyst tested one of the pills, and the pill tested positive for alprazolam, which is the active ingredient in Xanax.

   d. On or about August 12, 2021, UC-1 arranged with DEJESUS over Phone Number-1 to purchase $300 worth of "pressed"

oxycodone pills. Later that day, UC-1 met DEJESUS in the vicinity of East 142nd Street and 5th Avenue in Manhattan, where DEJESUS gave UC-1 a rubber capsule containing approximately 10 pills, each of which was light blue with an "M30" stamp. A laboratory analyst examined the pills and determined that, based on their shape and marking, they looked like oxycodone pills. However, a laboratory analyst tested five of the pills, and all five tested positive for fentanyl.

e. On or about December 23, 2021, DEJESUS called UC-1 from Phone Number-1. DEJESUS said, in substance and in part, that he had moved to Queens and that he had pills to sell, including "pressed" oxycodone pills.

f. On or about January 4, 2022, UC-1 arranged with DEJESUS over Phone Number-1 to purchase $300 worth of "pressed" oxycodone pills. Later that day, UC-1 met DEJESUS at an apartment on Maple Street in Brooklyn (the "Maple Street Apartment"), where DEJESUS gave UC-1 eleven pills – 9 of which were blue with "M30" stamps and 2 of which were yellow with "T188" markings. DEJESUS told UC-1, in substance and in part, that he did not have ten of the blue pills, so he was also giving him two yellow ones, and that DEJESUS had other drugs for sale, including cocaine, Xanax, and pills. A laboratory analyst examined the blue pills and determined that, based on their shape and marking, they looked like oxycodone pills. However, a laboratory analyst tested one of the blue pills, and the pill tested positive for fentanyl. A laboratory analyst also tested one of the yellow pills, and the pill tested positive for oxycodone, but not fentanyl.

g. On or about January 26, 2022, UC-1 arranged with DJESUS over Phone Number-1 to purchase $300 worth of "pressed" oxycodone pills. Later that day, UC-1 met DEJESUS in the vicinity of East 139th Street and 5th Avenue in Manhattan, where DEJESUS gave UC-1 ten pills, each of which was blue with an "M30" stamp. A laboratory analyst examined the blue pills and determined that, based on their shape and marking, they looked like oxycodone pills. However, a laboratory analyst tested one of the blue pills, and the pill tested positive for fentanyl.

h. On or about February 16, 2022, UC-1 arranged with DJESUS over Phone Number-1 to purchase $300 worth of "pressed" oxycodone pills. Later that day, UC-1 met DEJESUS in the Maple Street Apartment, where DEJESUS gave UC-1 ten pills, each of which was blue with an "M30" stamp. A laboratory analyst examined the blue pills and determined that, based on their shape and marking, they looked like oxycodone pills. However, a laboratory analyst

tested one of the blue pills, and the pill tested positive for fentanyl.

      i. On or about February 17, 2022, UC-1 arranged with DJESUS over Phone Number-1 to purchase $1,000 worth of "pressed" oxycodone pills.  Later that day, UC-1 met DEJESUS in the vicinity of Clinton Street and Jefferson Street in Manhattan, where DEJESUS gave UC-1 35 pills, each of which was blue with an "M30" stamp. During the transaction, DEJESUS told UC-1, in substance and in part, that his supplier was in a black Mercedes parked nearby.  A laboratory analyst examined the blue pills and determined that, based on their shape and marking, they looked like oxycodone pills. However, a laboratory analyst tested one of the blue pills, and the pill tested positive for fentanyl.

      j. On or about February 23, 2022, UC-1 arranged with DEJESUS over Phone Number-1 to purchase "pressed" oxycodone pills and a firearm.  Later that day, UC-1 met DEJESUS in the Maple Street Apartment, where DEJESUS sold UC-1 a Ruger LCR Revolver with three bullets inside and 13 pills – ten of which were blue with "M30" stamps and three of which were wight with "G3722" markings.  A laboratory analyst examined the blue pills and determined that, based on their shape and marking, they looked like oxycodone pills.  However, a laboratory analyst tested one of the blue pills, and the pill tested positive for fentanyl.  A laboratory analyst also tested one of the white pills, and the pill tested positive for alprazolam, but not fentanyl.

      k. Between on or about March 8 and 11, 2022, UC-1 arranged with DEJESUS over Phone Number-1 to purchase 400 "pressed" oxycodone pills.  UC-1 is scheduled to meet with DEJESUS for the transaction on or about March 16, 2022.  As explained above, each time DEJESUS has sold UC-1 "pressed" oxycodone pills, those pills have contained fentanyl.  Accordingly, there is probable cause to believe that the 400 "pressed" oxycodone pills DEJESUS plans to sell UC-1 will also contain fentanyl.

      l. During conversations with UC-1, DEJESUS often referred to getting the pills he sold from a supplier.  For example, as explained above, during the deal that took place on or about February 17, 2022, DEJESUS referred to his supplier being in a black Mercedes parked near where the transaction with UC-1 was taking place.

      m. Based on my review of laboratory reports, I have learned that each "pressed" oxycodone pill DEJESUS has sold UC-1 weighs approximately 0.1 grams.  DEJESUS has sold UC-1 84 of those

pills to date, which amounts to approximately 8.4 grams of mixtures and substances containing fentanyl. As explained above, DEJESUS has also arranged to sell 400 of those pills to UC-1 on or about March 16, 2022, which is another approximately 40 grams of mixtures and substances containing fentanyl, for a total of 48.4 grams.

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of JULIAN DEJESUS, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

_____
JAMES ROMANO
Detective
New York City Police Department

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rule of Criminal Procedure 4.1, this
March  15th , 2022

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK